## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :    No. 113 MAL 2019

            Respondent            :

                                     :    Petition for Allowance of Appeal from

                                     :    the Order of the Superior Court

          v.                      :

                                     :

JOSEPH JACKSON,                :

            Petitioner             :


## ORDER


**PER CURIAM**

     **AND NOW**, this 6th day of August, 2019, the Petition for Allowance of Appeal is **DENIED**.